CIVIL Procedure FORM 1

10-4748

DISTRICT COURT
Eastern PENNSYLVANIA

PLAINTIFF:
Joseph Clark Kohler

DOCKET #
2010-SU-3735-49

DEFENDANTS: COMMONWEALTH
OF PA & SEE ATTACHED
CIVIL ACTION COMPLAINT

RECEIVED
SEP 17 2010

PROCEDURE: Pleading for action to be taken.

- I claim to amend the insert of a claim to get an answer to complaint and transfer my civil case to the Eastern district of Pennsylvania.
- I amend the insert of a claim that as a relief I would like the Food & Drug Administration to inspect York County Prison.
- I amend the insert of relief to get the State police to take a report to add to my civil case.
- I again amend the insert of relief to be released out of York County Prison and not to a State hospital or any other mental health environments.

CIVIL Procedural FORM 2

Joseph Clarke Kohler
(PRINT) NAME

_Joseph Clarke Kohler_
Signature

Y.C.P. #46028
ADDRESS

3400 CONCORD Rd.

York, PA 17402

WILL AMEND LATER
(PHONE)

think_about42@live.com
EMAIL