SD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Joseph CLARK Kohler

_____

_____

10    4748

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

COMMONWEALTH OF PENNSYLVANIA,
York Hospital (WELLSPAN), WELLSPAN
BEHAVIORAL HEALTH, PENN STATE
UNIVERSITY, Keystone Human Services
York County Judicial System, York
County Public Defenders' Office, York
County District Attorney's Office, York
County Prison, York City Police Dept,
Northern Regional Police Dept, SPRING-
ETTSBURY Township Police Dept,
West Manchester Police Dept. (SEE ATTACHED")

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Joseph C. Kohler
             ID # 46028
             Current Institution York County Prison
             Address 3400 CONCORD Rd. York, PA 17402

_____

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name *Commonwealth of PA (York County)*    Shield # —
                   Where Currently Employed *York County Official Sites*
                   Address *45 N. GEORGE ST. York, PA 17701*

Defendant No. 2    Name *York Hospital (Wellspan)*    Shield # —
                   Where Currently Employed *York Hospital*
                   Address *1001 S. George St. York, PA 17403*

Defendant No. 3    Name *Penn State University*    Shield # —
                   Where Currently Employed *Penn State University*
                   Address *1031 Edgecombe Ave, York, PA 17403*

Defendant No. 4    Name *Keystone Human Services*    Shield #
                   Where Currently Employed —
                   Address *(?) (LANCASTER)*

Defendant No. 5    Name *York County Judicial System*    Shield # —
                   Where Currently Employed *York County*
                   Address *45 N. GEORGE ST. York, PA 17401*

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? *York County Prison and York Hospital (Wellspan), plus York County Judicial System*

B.    Where in the institution did the events giving rise to your claim(s) occur? *All the institutions that were stated.*

C.    What date and approximate time did the events giving rise to your claim(s) occur? *1987 – 2010*

ART 1
 (CAGAINST)

District Magistrates of Judges Martin & NIXON, Metro Bank of HARRISBURG
T-Mobile Communications, MICHEAL HEIST, MARY JO Kohler, Jeffrey Kohler,
Jonathon Kohler, David Kohler, Judy Shultz, York & Adams County Rescue Missions,
The LAW OFFICES OF ILICHOFF & SILVERSTEIN.

B, Name: York County Police Departments

  NAME: District Magistrates Judges Nixon & Martin

  NAME: Metro Bank of Harrisburg
  Address:  55 Arsenal Rd. York, PA 17405

  NAME:
  T-MOBILE COMMUNICATIONS
dd.: 1700 N. GEORGE ST. York, PA 17405

 NAME: Micheal Heist
 Address: UNKNOWN

 NAME: Mary Jo Kohler
 Address: 828 Cedar Village Ln. York, PA 17406

 NAME: Jonathon Kohler
 Address: 3700 Concord Rd. York, PA 17402

 NAME: JEFFREY Kohler
 Address: UNKNOWN

 DAVID Kohler
 Address: 828 Cedar Village Ln. York, PA 17402

 Judy Shultz (Named)
 Address: 246 EASTLAND AVE. York, PA 17406

 NAMES York & Adams County Rescue Missions
York's Address: 367 W. Market St. York, PA 17401

 NAME: LAW OFFICES OF ILICHWOFF & SILVERSTEIN
 Address: 32 S. Beaver St. York, PA 17401

**D.   Facts:** Over the past 13 years I have been set-up to lose credibility. People have used their proffessional power and abused it by doing whatever they want with me. Whatever I say or do, my word does not count. All Because of my diagnosis.

> What happened to you?

All of the above mention took part in my civil case.

> Who did what?

THAT IS FOR THE COURTS TO DECIDE.

> Was anyone else involved?

All people implicated and who work with them.

> Who else saw what happened?

---

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   No physical injury. But, Emotionally there are. I was prescribed medicine and didn't need it.

---

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_York County Prison 3400 Concord Rd, York, PA 17402_

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No _____ Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓ No _____ Do Not Know _____

If YES, which claim(s)? _York County Prison, & Mental Health_

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1.   Which claim(s) in this complaint did you grieve? _York County Prison & Mental Health._

2.   What was the result, if any? _None, falsification of paper work._

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _The whole way to York County Prison Board._

_____

_____

_____

Rev. 10/2009

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any:_____
_____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. I only got a couple sentece denial of
most of my 801 grievences,
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). I stated reliefs I want in.
my civil action submitted to York County. Basically,
release from prison under Rule 60, and money compensation,
Plus Investigations done.
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.    Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _✓_ No ____

| On these claims |

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff __Joseph Clark Kohler__

Defendants __None (?)__

2.    Court (if federal court, name the district; if state court, name the county) _Superior Court PA Dauphine_

3.    Docket or Index number _2150 -MDA-2009_

4.    Name of Judge assigned to your case _BLACKWELL_

5.    Approximate date of filing lawsuit _December 1st, 2009_

6.    Is the case still pending?   Yes _✓_ No ____

If NO, give the approximate date of disposition _remittal awaiting_

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _I have to appeal_
_Blackwell._

C.   Have you filed other lawsuits in state or federal court?

[box: On other claims]

Yes _✓_ No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _Commonwealth of PA_

Defendants _Joseph Clark Kohler_

2.   Court (if federal court, name the district; if state court, name the county) _York County_

3.   Docket or Index number _CP-67-CR-3429-2009_

4.   Name of Judge assigned to your case _Kellie_

5.   Approximate date of filing lawsuit _March, 2009_

6.   Is the case still pending?   Yes _____ No _✓_

If NO, give the approximate date of disposition _I came LAST SUMMER_

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _I plead guilty under_
_pressure when Innocent. I'm in jail due to_
_probation violation._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _8th_ day of _September_ _____, 20 _10_.

Signature of Plaintiff _Joseph C. Kohler_

Inmate Number _46028_

Institution Address _York County Prison_
_3400 Concord Rd._
_York, PA 17402_

VI.

E. Yes ✓

F. 1. Parties to Previous lawsuit,
    Plaintiff: Joseph C. Kohler
    Defendants: Commonwealth of PA. & See Attached.

2. York County

3. 2010-SU-3735-49

4. ——

5. July 16th 2010

6. Yes

7. Pending

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide

their inmate numbers and addresses.

I declare under penalty of perjury that on this ___8th___ day of ___September___, 20 _10_, I am delivering

this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the

Eastern District of Pennsylvania.

Signature of Plaintiff: _Joseph C. Kohler_

# 46028
York County Prison
3400 Concord Rd.
York, PA 17402